# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WENDAN BAO,<br><br>Defendant. | Case No.: 2:26-mc-00065-SB-PVC<br><br>**ORDER TO SHOW CAUSE ISSUED UPON APPLICATION OF THE SECURITIES AND EXCHANGE COMMISSION FOR AN ORDER UNDER SECTION 20(c) OF THE SECURITIES ACT OF 1933 AND SECTION 21(e)(1) OF THE SECURITIES EXCHANGE ACT OF 1934 ENFORCING COMPLIANCE WITH A COMMISSION ORDER** |

It appears that an order to show cause should issue, based upon (1) the application of the Securities and Exchange Commission (the Commission) for an order pursuant to Section 20(c) of the Securities Act of 1933, 15 U.S.C. § 77t(c), and Section 21(e) of the Securities Exchange Act of 1934, and the Investment Advisers Act, Section 209(d), 15 U.S.C. § 80b-9(d), to enforce compliance by Defendant Wendan Bao with a final Commission order entered against him on August 4, 2021 ordering Defendant to pay, jointly and severally, disgorgement totaling $310,000 and $29,012.40 in prejudgment interest, with payment of all amounts except $103,000 in disgorgement waived due to inability to pay, with additional interest pursuant to SEC Rule of Practice 600, less any payments, and (2) the declaration of Christopher Thomson. Accordingly, it is hereby ordered that:

1. Defendant Wendan Bao shall appear before this Court in Courtroom 6C of the Courthouse at 350 W 1st Street, Los Angeles, California, on September 11, 2026 at 8:30 a.m. and show cause why the final Commission order should not be enforced by entry of a money judgment as requested in the Commission's application;
2. The Commission shall serve Defendant with a copy of its application and this order to show cause pursuant to Rule 4 of the Federal Rules of Civil Procedure and shall file proof of service no later than July 31, 2026;
3. Defendant shall file in this Court and serve on the Commission any opposing papers by 5:00 p.m. on August 21, 2026. Service shall be made by delivering the papers by that date to Christopher Thomson, at 100 F Street, Mail Stop 5631, Washington, DC 20549-0022 or via e-mail at ThomsonC@sec.gov;
4. If Defendant fails to file opposing papers and/or appear at the scheduled hearing, the Court may find Defendant in default and enter an appropriate order against him at such time without further notice being given; and

5. If Defendant serves and files any opposing papers, the Commission may file and serve reply papers by 5:00 p.m. on August 28, 2026. Service shall be made by delivering the papers by that date to Defendant at the address he designates in his opposition papers or, if he designates an e-mail address, via e-mail to that address.

Dated: July 28, 2026

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE