JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

WENDAN BAO,

Defendant.

Case No.: 2:26-mc-00065-SB-PVC

**FINAL JUDGMENT CONVERTING THE COMMISSION'S ORDER TO A FINAL JUDGMENT**

For the reasons stated in the separate order entered this day granting Plaintiff Securities and Exchange Commission's unopposed application to enforce compliance with its order, the Court issues the following final judgment.

**IT IS HEREBY ORDERED, THAT:**

1. The monetary portions of the Commission's order in *In the Matter of Wendan Bao, Shuo Gu, LendingCar Corp. and H7 Credit LLC*, dated August 4, 2021 (the Commission Order) shall be enforced pursuant to Section 20(c) of the Securities Act, 15 U.S.C. § 77t(c), and Section 21(e) of the Exchange Act, 15 U.S.C. § 78u(e).

2. Defendant Wendan Bao shall comply with the Commission Order by paying to the Commission disgorgement of $103,000, plus accrued interest pursuant to SEC Rule 600 until the entry of this Final Judgment, less any payments made, together with post-judgment interest pursuant to 28 U.S.C. §1961 from the date of the entry of this Final Judgment until the Commission is paid in full.

3. Payment may be made electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request made to Disgorgement-Penalty@sec.gov. Payment may also be made directly from a bank account via Pay.gov through the SEC website at https://www.sec.gov/paymentoptions. Bao may also pay by certified check, bank cashier's check, or United States postal money order, made payable to the Securities and Exchange Commission and setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. The funds may be hand-delivered or mailed to:

Enterprise Services Center
Accounts Receivable Branch
HQ Bldg., Room 181, AMZ-341
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

Payments must be accompanied by a cover letter identifying Bao as the defendant in this action, and the name of this Court and the docket number of this action. A copy of the cover letter and payment confirmation must be sent to Christopher Thomson, Securities and Exchange Commission, 100 F, St, NE, Mail Stop 5631, Washington, DC 20549. Upon such payments due under this Final Judgment being fully made, the Commission will provide Bao with a full satisfaction of Final Judgment and discharge any Final Judgment lien it may have docketed.

4. By making such payment Bao relinquishes all legal and equitable right, title and interest in such funds, and no portion of such funds shall be returned to Bao. The Commission shall send funds received to the United States Treasury.

5. If Bao does not pay the above amounts, the Commission may enforce this Final Judgment through the remedies available by law to collect the unpaid balance.

6. Solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. § 523, the allegations in the Application are true and admitted by Bao, and further, any debt for amounts due by Bao under this Final Judgment, or any other judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, constitutes a debt for the violation by Bao of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. § 523(a)(19).

This is a final judgment.

Dated: September 21, 2026

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE